For the errors mentioned, the judgment is reversed and the cause is remanded.

## DORSETT v. STATE.

### No. 18493.

Court of Criminal Appeals of Texas.

Oct. 28, 1936.

Galbraith & Goodrich, of Brownsville for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for theft of a mule, punishment assessed being two years' confinement in the penitentiary.

The indictment properly charges the offense. The record contains neither statement of facts nor bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.